

```
                                    FILED
                                  JUN 3 0 2006
                          UNITED STATES BANKRUPTCY COURT
                           EASTERN DISTRICT OF CALIFORNIA
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 06-22036-D-13L |
| | ) Docket Control No. MAS-1 |
| WILLIAM RUSSELL FIELDS, | ) |
| | ) |
| Debtor. | ) |
| _____ | ) |

## MEMORANDUM OF DECISION

William Russell Fields (the "Debtor") filed a voluntary petition under Chapter 13 of the Bankruptcy Code on June 13, 2006. On June 29, 2006 the Debtor filed a Motion to Extend Automatic Stay (the "Motion"). The Debtor also filed on June 29, 2006 an Ex-Parte Application for Order Shortening Time for Hearing on Motion to Continue the Automatic Stay (the "Application"). The Application requests that the Motion be heard on July 6, 2006 provided service be accomplished by mail on June 29, 2006. The 4th of July holiday weekend is during this time period. If the Application is granted, creditors would receive three court days notice of the hearing on the Motion.

The Debtor waited 16 days after filing his bankruptcy petition to file the Motion. The court's calendar listing available dates has been posted for over two months. There is nothing in the Application to explain why the Debtor waited so long to file the Motion, thus necessitating a hearing on three

1 | court days' notice.  Further, giving three court days' notice to
2 | interested parties on the eve of the 4th of July weekend is not
3 | effective notice.  The fact that the Debtor is in need of an
4 | order shortening time appears to be self-inflicted.
5 |     Based on the forgoing, the court finds that the Debtor has
6 | put himself in the predicament of requiring an order shortening
7 | time and this predicament is to the detriment of creditors and as
8 | such the Application will be denied.
9 | Dated:   June 30, 2006

_/s/ Robert Bardwil_
ROBERT S. BARDWIL
United States Bankruptcy Judge

- 2 -

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CERTIFICATE OF MAILING

    The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a copy of the document to which this certificate is attached was mailed today to the following entities listed at the address shown on the attached list or shown below.

Office of the U.S. Trustee
501 "I" Street, Room 7-500
Sacramento, CA 95814

Michael Scheibli
1416 West Street
Redding, CA 96001

Lawrence Loheit
P.O. Box 1858
Sacramento, CA 95812-1858

Dated: 6/30/06       _____